# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON, | CASE NO. 1:08-cv-00640 LJO DLB PC |
| Plaintiff, | ORDER DISREGARDING MOTION FOR CERTIFICATION FOR APPEAL AS PREMATURE |
| v. | |
| JOHN DOVEY, et al., | (Doc. 19) |
| Defendants. | |
| _____/ | |

Plaintiff Garrison S. Johnson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On December 15, 2009, the Court issued a Findings and Recommendations recommending that Plaintiff's motion for a temporary restraining order and preliminary injunctive relief be denied. (Doc. 8). After obtaining extensions of time, Plaintiff filed an objection of March 6, 2009. (Doc. 18). The Findings and Recommendations have not yet been addressed by the District Judge.

Now pending before the Court is Plaintiff's motion, also filed March 6, 2009, requesting that the Court's final order on Plaintiff's pending motion for a temporary restraining order and preliminary injunctive relief, when issued, be certified as a final order under Rule 54(b) and therefore immediately appealable. (Doc. 19).

///

///

1

1     Plaintiff's motion is based on speculation as to the resolution of his motion and the Court cannot possibly certify an order for appeal when the order does not yet exist. Plaintiff's motion is premature. Furthermore, it is not clear why Plaintiff seeks an order certifying the issue for appeal when orders granting, denying or modifying injunctions are generally immediately appealable, even if interlocutory in nature. 28 U.S.C. §1292(a)(1).

    Plaintiff's request that the order, when issued, be designated as final under Rule 54(b) for the purposes of appeal is disregarded as premature.

IT IS SO ORDERED.

Dated: **May 7, 2009**             /s/ **Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE