# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN DOVEY, et al.,<br><br>    Defendants.<br>_____ / | CASE NO. 1:08-cv-00640 LJO DLB PC<br><br>ORDER DISREGARDING MOTION FOR CERTIFICATION AS PREMATURE<br><br>(Doc. 22) |

Plaintiff Garrison S. Johnson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On April 23, 2009, the Court issued a Findings and Recommendations recommending the dismissal of certain claims. (Doc. 20.) Plaintiff filed an objection on May 4, 2009. (Doc. 21.) The Findings and Recommendations have not yet been addressed by the District Court Judge.

Now pending before the Court is Plaintiff's motion, also filed May 4, 2009, requesting that the Court's order on the Findings and Recommendations, when issued, be certified as a final order pursuant to Rule 54(b) and therefore be immediately appealable. (Doc. 22.)

Plaintiff's motion is premature. The motion is based on speculation as to the resolution of the Findings and Recommendations; further, the Court cannot certify an order for appeal when the order does not yet exist. Finally, Plaintiff has not provided any grounds upon which to grant the motion. Accordingly, Plaintiff's request that the order, when issued, be designated as final under Rule 54(b) for the purposes of appeal is disregarded as premature.

IT IS SO ORDERED.

Dated:  **July 7, 2009**                      **/s/ Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE

1