# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN DOVEY, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:08-cv-00640 LJO DLB PC<br><br>ORDER DISREGARDING AS MOOT<br>MOTION FOR APPOINTMENT OF EXPERT<br><br>(Doc. 7) |

Plaintiff Garrison S. Johnson ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On May 18, 2009, the Court issued an order adopting the undersigned's findings and recommendations, and denying Plaintiff's motion for a temporary restraining order and preliminary injunctive relief. (Doc. 24.)

Because the request for injunctive relief has been addressed and resolved, Plaintiff motion, filed November 14, 2008, for a Court-appointed expert witness to give an opinion in support of Plaintiff's motion for a preliminary injunction is DISREGARDED AS MOOT.

IT IS SO ORDERED.

Dated:  **July 7, 2009**          **/s/ Dennis L. Beck**
                                                       UNITED STATES MAGISTRATE JUDGE

1