1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON, | CASE NO. 1:08-cv-00640-LJO-DLB PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING OF CERTAIN CLAIMS |
| v. | |
| JOHN DOVEY, et al., | (Doc. 20) |
| Defendants. | |
| _____ / | |

Plaintiff Garrison Johnson ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On April 23, 2009, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days.  Plaintiff filed an Objection to the Findings and Recommendations on May 4, 2009.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 4, 2009, is adopted in full;
2. This action shall proceed only on Plaintiff's claims against:
    a) defendants Dunnahoe, V. Ybarra, Cunningham, Medrano, Holguin, and Velasquez for excessive force in violation of the Eighth Amendment and retaliation in violation of the First Amendment;
    b) defendant G. Ybarra for retaliation in violation of the First Amendment;
    c) defendants Curliss, J. Gonzales, and K. Powell for deliberate indifference to a serious medical need in violation of the Eighth Amendment; and
3. Plaintiff's claims against defendants Dovey, Sullivan, F. Gonzalez, Carrasco, Zanchi, Magallanes, and Cannon are dismissed for Plaintiff's failure to state a claim upon which relief may be granted.

IT IS SO ORDERED.

**Dated:   July 9, 2009**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

2