# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN DOVEY, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:08-cv-00640 LJO DLB PC<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 1) |

Plaintiff Garrison S. Johnson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on May 8, 2008. The Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A, and found that it states cognizable claims against Defendants Dunnahoe, V. Ybarra, Cunningham, Medrano, Holguin, Valasquez, G. Ybarra, Curliss, J. Gonzales and K. Powell.[1] Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008). Accordingly, it is HEREBY ORDERED that:

1.    Service is appropriate for the following defendants:

        Dunnahoe

        V. Ybarra

        Cunningham

---

[1] In a Findings and Recommendations issued April 23, 2009, the Court recommended that defendants Dovey, Sullivan, F. Gonzalez, Carrasco, Zanchi, Mangallanes and Cannon be dismissed from the action. (Doc. 20).

1

|   |   |   |
|---|---|---|
| 1 |   | Medrano |
| 2 |   | Holguin |
| 3 |   | Velasquez |
| 4 |   | G. Ybarra, |
| 5 |   | Curliss, |
| 6 |   | Gonzales |
| 7 |   | Powell |

8  2.  The Clerk of the Court shall send Plaintiff ten (10) USM-285 forms, ten (10) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed May 8, 2008.

11  3.  Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a.  Completed summons;

    b.  One completed USM-285 form for each defendant listed above; and

    c.  Eleven (11) copies of the endorsed complaint filed May 8, 2008.

17  4.  Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

21  5.  <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

    Dated:   **July 9, 2009**                           **/s/ Dennis L. Beck**
                                                         UNITED STATES MAGISTRATE JUDGE