# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON,<br><br>            Plaintiff,<br><br>     v.<br><br>DOVEY, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:08-cv-00640-LJO-DLB (PC)<br><br>ORDER SETTING DISCOVERY AND SCHEDULING DEADLINES FOR DEFENDANTS G. YBARRA, CURLISS, VELASQUEZ, AND J. GONZALEZ |

Plaintiff Garrison S. Johnson ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This action is proceeding against Defendants A. Dunnahoe, V. Ybarra, G. Ybarra, S. Cunningham, Powell, Curliss, Velasquez, Medrano, and Holguin. (Docs. 20, 27.) On November 5, 2009, Defendants S. Cunningham, Medrano, Holguin, A. Dunnahoe, and V. Ybarra filed their answer to Plaintiff's complaint. (Doc. 39.) The Court issued a discovery and scheduling order for these defendants on November 5, 2009. (Doc. 40.) On May 18, 2010, Defendants G. Ybarra, Powell, Curliss, Velasquez, and J. Gonzalez filed their answer to Plaintiff's complaint. (Doc. 60.)

At this time, the Court does not find the need to issue a new discovery and scheduling order in this action. The Court will thus apply the same discovery and scheduling  deadlines previously issued to Defendants G. Ybarra, Powell, Curliss, Velasquez, and J. Gonzalez. If

1  parties require additional time to conduct discovery, parties may file a motion to modify the
2  scheduling order, pursuant to Federal Rule of Civil Procedure 16(b)(4), prior to the deadline.
3  The remaining deadlines are: (1) discovery cutoff date of 07/05/2010, and (2) dispositive motion
4  deadline of 09/14/2010.
5     Accordingly, it is HEREBY ORDERED that the Court's Discovery and Scheduling
6  Order, filed November 5, 2009, applies to Defendants G. Ybarra, Powell, Curliss, Velasquez, and
7  J. Gonzalez.
8     IT IS SO ORDERED.
9     Dated:   **May 19, 2010**              **/s/ Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE

2