# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

GARRISON S. JOHNSON,

          Plaintiff,

    v.

DOVEY, et al.,

          Defendants.

_____/

CASE NO. 1:08-cv-00640-LJO-DLB PC

ORDER ADOPTING FINDINGS AND
RECOMMENDATIONS AND DENYING
DEFENDANTS' MOTION TO DISMISS

(Docs. 41, 58)

Plaintiff Garrison S. Johnson ("plaintiff") is a California state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding against Defendants A. Dunnahoe, V. Ybarra, G. Ybarra, S. Cunningham, Powell, Curliss, Velasquez, Medrano, Holguin, and J. Gonzalez. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 14, 2010, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objection to the Findings and Recommendations was to be filed within thirty days. Neither party filed an Objection to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.    The Findings and Recommendations, filed May 14, 2010, is adopted in full; and

2.    Defendants' motion to dismiss, filed November 6, 2009, is DENIED.

IT IS SO ORDERED.

Dated:   June 9, 2010                /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE

1