# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON, | CASE NO. 1:08-CV-00640-LJO-DLB PC |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTIONS TO MODIFY DISCOVERY AND SCHEDULING ORDER |
| v. | |
| JOHN DOVEY, et al., | (ECF NOS. 70, 72) |
| Defendants. | Discovery cut-off date: 09/20/2010<br>Dispositive motion deadline: 11/22/2010 |

Plaintiff Garrison S. Johnson ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding against Defendants Dunnahoe, V. Ybarra, Cunningham, Medrano, Holguin, Valasquez, G. Ybarra, Curliss, J. Gonzales, and K. Powell. Pending before the Court are Plaintiff's motions to modify the discovery and scheduling order, filed June 16, 2010, and June 18, 2010.

Plaintiff contends that he served Defendants G. Ybarra, Powell, Curliss, Velasquez, and J. Gonzalez with interrogatories. Plaintiff anticipates that it will be necessary to file a motion to compel after he receives those Defendants' responses. Defendants G. Ybarra, Powell, Curliss, Velasquez, and J. Gonzalez did not file an answer to Plaintiff's complaint until May 18, 2010.

Modification of the Court's scheduling order can only be done with a showing of good cause. Fed. R. Civ. P. 16(b)(4). Good cause being shown, the Court HEREBY ORDERS that Plaintiff's motions to modify the discovery and scheduling order are GRANTED.

1

1  The Court sets the following deadlines: the discovery cut-off date is September 20, 2010
2 and the dispositive motion deadline is November 22, 2010.
3  IT IS SO ORDERED.
4  **Dated:   July 29, 2010**                     **/s/ Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE

2