# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DOVEY, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:08-CV-00640-LJO-DLB PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO SERVE MORE THAN TWENTY FIVE INTERROGATORIES ON DEFENDANT V. YBARRA<br><br>(ECF NO. 56) |

　　　　Plaintiff Garrison S. Johnson ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding against Defendants Dunnahoe, V. Ybarra, Cunningham, Medrano, Holguin, Valasquez, G. Ybarra, Curliss, J. Gonzales, and K. Powell. Pending before the Court is Plaintiff's motion to serve more than 25 interrogatories on Defendant V. Ybarra, filed April 8, 2010.

　　　　Plaintiff contends that he served twenty five interrogatories on Defendant V. Ybarra in his first set. Plaintiff seeks leave to serve twenty more interrogatories on Defendant V. Ybarra. Pursuant to Federal Rule of Civil Procedure 26(b)(2), the Court may alter the limits on the number of interrogatories that can be served on a party. Plaintiff contends that because he is unable to depose any Defendants due to his incarceration and indigent status, Plaintiff needs to serve Defendant V. Ybarra with more interrogatories.

1

1  Good cause shown, the Court HEREBY ORDERS that Plaintiff's motion to serve
2 additional interrogatories on Defendant V. Ybarra, filed April 8, 2010, is GRANTED.  Defendant
3 V. Ybarra is to serve a response within thirty days of service of Plaintiff's second set of
4 interrogatories.  A motion to compel concerning this second set of interrogatories, if any, is to be
5 served and filed by the discovery cut-off date.
6  IT IS SO ORDERED.
7  Dated:   **August 2, 2010**             **/s/ Dennis L. Beck**
              UNITED STATES MAGISTRATE JUDGE