# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON, | CASE NO. 1:08-CV-00640-LJO-DLB PC |
| Plaintiff, | ORDER REQUIRING DEFENDANTS TO FILE OPPOSITION TO PLAINTIFF'S MOTIONS TO COMPEL |
| v. | |
| JOHN DOVEY, et al., | (DOCS. 91, 94) |
| Defendants. | OPPOSITION DUE WITHIN 20 DAYS |
| _____/ | |

Plaintiff Garrison S. Johnson ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR").  Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding against Defendants Dunnahoe, V. Ybarra, Cunningham, Medrano, Holguin, Valasquez, G. Ybarra, Curliss, J. Gonzales, and K. Powell.  Plaintiff filed motions to compel on September 14 and September 17, 2010.  (Docs. 91, 94.)  As of the date of this order, Defendants have not filed an opposition to the motions.  Accordingly, it is HEREBY ORDERED that Defendants are to file an opposition to the motions within twenty (20) days from the date of service of this order. Failure to file an opposition will be construed as a waiver of opposition.

   IT IS SO ORDERED.

**Dated:   November 29, 2010**          _____ **/s/ Dennis L. Beck** _____
                                            UNITED STATES MAGISTRATE JUDGE

1