# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN DOVEY, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:08-CV-00640-LJO-DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (DOC. 112) |

Plaintiff Garrison S. Johnson ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On July 26, 2010, Plaintiff filed a motion for summary judgment. Docs. 76, 77, 78, 80. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 11, 2011, the Magistrate Judge filed a Findings and Recommendations which was served on the parties and which contained notice to the parties that any objection to the Findings and Recommendations was to be filed within twenty-one days. Plaintiff filed an Objection to the Findings and Recommendations on February 28, 2011.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

---

[1] Plaintiff also moves for reconsideration of the Magistrate Judge's order denying appointment of an expert witness. The Court will adjudicate the motion by separate order.

1

1    Plaintiff's primary argument is that the evidence, namely the crime incident reports, indicates
2 that excessive force was used. However, that evidence at best demonstrates that force was used, not
3 whether it was excessive in violation of the Eighth Amendment. *See Hudson v. McMillian*, 503 U.S.
4 1, 7-9 (1992). Construing the facts in the light most favorable to the non-moving party, *Matsushita*
5 *Elec. Indus. Co. v. Zenith Radio Corp.*, 475 U.S. 574, 587 (1986), the Court finds that there is a
6 triable issue of material fact as to Plaintiff's claims.
7    Accordingly, IT IS HEREBY ORDERED that:
8    1.   The Findings and Recommendations, filed February 11, 2011, is adopted in full;
9    2.   Plaintiff's motion for summary judgment, filed July 26, 2010, is denied; and
10   3.   The matter is referred to the magistrate judge for further proceedings.
11 IT IS SO ORDERED.
12 **Dated:   March 22, 2011**          /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE