# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

GARRISON S. JOHNSON,

          Plaintiff,

  v.

A. DUNNAHOE, et al.,

          Defendants.

_____/

CASE NO. 1:08-cv-00640-LJO-DLB PC

ORDER DENYING PLAINTIFF'S MOTION
TO REQUIRE DEFENDANTS TO
PARTICIPATE IN SETTLEMENT

(DOC. 158)

Plaintiff Garrison S. Johnson ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation, proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding against Defendants Dunnahoe, V. Ybarra, Cunningham, Medrano, Holguin, Valasquez, G. Ybarra, Curliss, J. Gonzales, and K. Powell on claims of excessive force, inhumane conditions of confinement, retaliation, and state law claims.

Pending before the Court is Plaintiff's motion to require Defendants to participate in settlement proceedings before District Judge David O. Carter of the Southern District of California, filed January 30, 2012.  Pl.'s Mot., Doc. 158.  Plaintiff contends that Judge Carter had been appointed to settle a similar case involving Plaintiff.  *Id.*

Defendants have not indicated any intent of their willingness to enter settlement discussions.  Absent such showing, court-ordered settlement conferences are unnecessary. Accordingly, it is HEREBY ORDERED that Plaintiff's motion, filed January 30, 2012, is denied.

IT IS SO ORDERED.

Dated:   __April 16, 2012__         _____/s/ **Dennis L. Beck**_____
                               UNITED STATES MAGISTRATE JUDGE