# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON, | CASE NO. 1:08-cv-00640-LJO-DLB PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | (ECF No. 174) |
| JOHN DOVEY, et al., | |
| Defendants. | |

Plaintiff Garrison S. Johnson ("Plaintiff") is a California state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On May 18, 2012, Plaintiff filed a motion requesting that the warden of Kern Valley State Prison provide Plaintiff with access to the law library. ECF No. 173. The Court construed the motion as one for preliminary injunction. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 14, 2012, the Magistrate Judge filed a Findings and Recommendations which was served on the parties and which contained notice to the parties that any objection to the Findings and Recommendations was to be filed within fourteen days. ECF No. 174. No party filed a timely Objection to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed June 14, 2012, is adopted in full; and
2. Plaintiff's motion requesting access to the law library, construed as a motion for preliminary injunction, is denied.

IT IS SO ORDERED.

**Dated:**   **August 21, 2012**                        /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE