# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

GARRISON S. JOHNSON,

        Plaintiff,

   v.

JOHN DOVEY, et al.,

        Defendants.

Case No. 1:08-cv-00640-LJO-DLB PC

**ORDER DISREGARDING PLAINTIFF'S MOTION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM** (ECF No. 197)

**ORDER DISREGARDING MOTION FOR JURY INSTRUCTIONS AND VERDICT FORM** (ECF No. 200)

Plaintiff Garrison S. Johnson ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983.  This action is proceeding against Defendants Dunnahoe, V. Ybarra, Cunningham, Medrano, Holguin, Valasquez, G.Ybarra, Curliss, J. Gonzales, and K. Powell on claims of excessive force, inhumane conditions of confinement, retaliation, and state law claims.  This matter is set for telephonic trial confirmation hearing on February 1, 2013 and jury trial on March 5, 2013 before United States District Judge Lawrence J. O'Neill.

On October 25, 2012, Plaintiff filed a motion requesting that the Court issue a writ of habeas corpus ad testificandum as to Plaintiff.  Plaintiff's motion is HEREBY ORDERED disregarded as unnecessary.  The Court will issue the writ after the telephonic trial confirmation hearing.

On October 31, 2012, Plaintiff filed a motion requesting that the Court provide Plaintiff with a copy of the verdict form and jury instructions. Plaintiff's motion is HEREBY ORDERED

disregarded as unnecessary.  The Court will provide a copy of the verdict form and jury instructions on the day of trial for the parties to review.

IT IS SO ORDERED.

Dated:   **January 30, 2013**                    /s/ *Dennis L. Beck*
UNITED STATES MAGISTRATE JUDGE

2