# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>A. DUNNAHOE, et al.,<br><br>    Defendants. | Case No. 1:08-cv-00640-LJO-DLB PC<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL STATEMENT AND OPPOSITION TO DEFENDANTS' MOTION FOR ATTENDANCE OF INCARCERATED WITNESSES**<br><br>ECF No. 210<br><br>JANUARY 30, 2013 DEADLINE |

Plaintiff Garrison S. Johnson is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983.  This action proceeds against Defendants A. Dunnahoe, V. Ybarra, G. Ybarra, S. Cunningham, Powell, Curliss, Velasquez, Medrano, Holguin, and J. Gonzales for claims of excessive force, inhumane conditions of confinement, deliberate indifference to a serious medical need, retaliation, and state law claims.

On January 25, 2013, Defendants filed a motion for extension of time to file their pretrial statement and opposition to Plaintiff's motion for attendance of incarcerated witnesses.  Defendants requested a deadline of January 30, 2013.  Good cause appearing, it is HEREBY ORDERED that Defendants are granted up to January 30, 2013 by which to file their documents.

IT IS SO ORDERED.

  Dated:  **January 30, 2013**          /s/ *Dennis L. Beck*
                                    UNITED STATES MAGISTRATE JUDGE

1