# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>A. DUNNAHOE, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 1:08-cv-00640-LJO-DLB PC<br><br>ORDER SETTING TRIAL DATE<br><br>Jury Trial: **March 13, 2013** at **8:30 a.m.** in Courtroom 4 (LJO) |

　　　　Plaintiff Garrison S. Johnson is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's complaint, filed May 8, 2008, against Defendants A. Dunnahoe, V. Ybarra, G. Ybarra, S. Cunningham, Powell, Curliss, Velasquez, Medrano, Holguin, and J. Gonzales for claims of excessive force, inhumane conditions of confinement, deliberate indifference to a serious medical need, retaliation, and state law claims. This matter is currently set for jury trial on March 12, 2013, at 8:30 a.m. before the undersigned.

　　　　Because of the unavailability of the Court on that date, it is HEREBY ORDERED that

　　1.　　This matter is set for jury trial on **March 13, 2013**, at **8:30 a.m.** in Courtroom 4 before United States District Judge Lawrence J. O'Neill;

　　2.　　The writs of habeas corpus ad testificandum, docketed at ECF Nos. 227, 228, 229, and 230 are vacated. New writs will be issued by the United States Magistrate Judge.

IT IS SO ORDERED.

Dated:　　February 12, 2013　　　　　/s/  Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1