1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  GARRISON S. JOHNSON,                          1:08cv00640 LJO DLB PC

10                        Plaintiff,              ORDER GRANTING IN PART AND
                                                  DENYING IN PART PLAINTIFF'S
11        v.                                      MOTIONS IN LIMINE

12  A. DUNNAHOE, et al.,                          (Document 203)

13                        Defendants.
    _____/

14

15  **I.      INTRODUCTION**

16        Plaintiff Garrison S. Johnson ("Plaintiff") is a California state prisoner proceeding pro se

17  and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This case is

18  proceeding on Plaintiff's complaint, filed on May 8, 2008, against Defendants A. Dunnahoe, V.

19  Ybarra, G. Ybarra, S. Cunningham, K. Powell, R. Curliss, J. Velasquez, B. Medrano, A.

20  Holguin, and J. Gonzales for claims of excessive force, inhumane conditions of confinement,

21  deliberate indifference to a serious medical need, retaliation, and state law claims.  This matter is

22  set for jury trial on March 13, 2013.

23        Pending before the Court are Plaintiff's motions in limine, filed on November 26, 2012.

24  Defendants did not oppose the motions.

25  **II.     DISCUSSION**

26        A.      Plaintiff's Criminal Convictions

27        Plaintiff seeks to prohibit Defendants from presenting evidence relating to his criminal

28  conviction or record because it is more than 10 years old.

1

1    Defendants have indicated that they only wish to state that Plaintiff is serving time for a

2  felony.  Plaintiff agrees to this.  Accordingly, Plaintiff's motion is GRANTED IN PART.

3    B.    Plaintiff's Prior Prison Disciplinary Reports

4    Plaintiff also moves to exclude prior reports of prison disciplinary reports or prison

5  misbehavior as irrelevant.

6    While the Court agrees that such reports are likely irrelevant, Defendants have not

7  included any reports in their trial exhibits.  The motion is therefore DENIED AS MOOT.

8  **III.    ORDER**

9    Based on the above, Plaintiff's motions in are GRANTED IN PART and DENIED IN

10  PART AS MOOT.

11  IT IS SO ORDERED.

12  **Dated:    March 4, 2013            /s/  Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28