# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. DUNNAHOE, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:08cv00640 LJO DLB PC<br><br>NOTICE AND ORDER THAT BRIAN MCCLELLAND IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

　　　Jury trial in this matter commenced on March 13, 2013. Inmate Brian McClelland testified in the matter on March 13, 2013. Mr. McClelland finished his testimony on March 13, 2013.

　　　Accordingly, Brian McClelland, CDCR #H-90822, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:　　March 13, 2013　　　　　　/s/  Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE