1
2
3
4
5
6
# UNITED STATES DISTRICT COURT
7
## EASTERN DISTRICT OF CALIFORNIA
8
9  GARRISON S. JOHNSON,                    CASE NO. 1:08cv00640 LJO DLB PC

10               Plaintiff,               NOTICE AND ORDER THAT JASON
                                          MCCOY IS NO LONGER NEEDED AS
11      v.                                WITNESS IN THESE PROCEEDINGS, AND
                                          THE WRIT OF HABEAS CORPUS AD
12  A. DUNNAHOE, et al.,                  TESTIFICANDUM IS DISCHARGED

13               Defendants.

14
                                    /
15

16      Jury trial in this matter commenced on March 13, 2013.  Inmate Jason McCoy testified in

17  the matter on March 13, 2013.   Mr. McCoy finished his testimony on March 13, 2013.

18      Accordingly, Jason McCoy, CDCR #J-93313, is no longer needed by the Court as a

19  witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is

20  HEREBY DISCHARGED.

21

22  IT IS SO ORDERED.

23  **Dated:    March 13, 2013             /s/  Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE
24
25
26
27
28