# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

GARRISON S. JOHNSON,

                Plaintiff,

    v.

A. DUNNAHOE, et al.,

                Defendants.

_____/

CASE NO. 1:08cv00640 LJO DLB PC

NOTICE AND ORDER THAT JASON MCCOY IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED

       Jury trial in this matter commenced on March 13, 2013.  Inmate Jason McCoy testified in the matter on March 13, 2013.   Mr. McCoy finished his testimony on March 13, 2013.

       Accordingly, Jason McCoy, CDCR #J-93313, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

**Dated:** __**March 13, 2013**__      __/s/  Lawrence J. O'Neill__
                               UNITED STATES DISTRICT JUDGE