# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON, | CASE NO. 1:08cv00640 LJO DLB PC |
| Plaintiff, | ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON MARCH 14, 2013, AT 8:30 A.M. IN COURTROOM 4 |
| v. | |
| A. DUNNAHOE, et al., | |
| Defendants. | |

Plaintiff Garrison S. Johnson, CDCR #D-59672, shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:30 a.m. on Thursday, March 14, 2013, in Courtroom 4, from day to day until completion of the proceedings or as ordered by the Court.

IT IS SO ORDERED.

**Dated:   March 13, 2013**          /s/  Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

1