# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON,<br><br>           Plaintiff,<br><br>      v.<br><br>A. DUNNAHOE, et al.,<br><br>           Defendants.<br>_____/ | 1:08cv00640 LJO DLB PC<br><br>ORDER GRANTING STIPULATION TO DISMISS DEFENDANT POWELL WITH PREJUDICE<br><br>(Document 248) |

Plaintiff Garrison S. Johnson ("Plaintiff") is a prisoner proceeding pro se in this civil rights action filed on May 8, 2008.  On March 6, 2013, the parties submitted a stipulation to dismiss Defendant Kathleen Powell, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The parties' stipulation is GRANTED.  Defendant Kathleen Powell is HEREBY DISMISSED from this action, WITH PREJUDICE.  Each side shall bear their own attorney's fees and costs.

IT IS SO ORDERED.

Dated:  March 13, 2013          /s/  Lawrence J. O'Neill
                                UNITED STATES DISTRICT JUDGE

1