# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>A. DUNNAHOE, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:08cv00640 LJO DLB PC<br><br>NOTICE AND ORDER THAT GARRISON S. JOHNSON IS NO LONGER NEEDED IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Jury trial in this matter commenced on March 13, 2013. Jury trial concluded on March 14, 2013.

Accordingly, Plaintiff Garrison S. Johnson, CDCR #D-59672, is no longer needed by the Court in these proceedings and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

**Dated:   March 14, 2013**        /s/  Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE