# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOVEY, et al.,<br><br>　　　　　Defendants. | Case No.  1:08-cv-00640-LJO-DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION AS MOOT<br><br>(ECF No. 280) |

　　　　Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  Judgment was entered in favor of defendnts in this case on March 19, 2013.  (ECF No. 262.)  On October 18, 2013, Plaintiff filed a motion to certify that the appeal was not frivolous and to request transcripts.  (ECF No. 280.)  On February 24, 2014, the Ninth Circuit dismissied the appeal.  (ECF No. 284.)

　　　　Accordingly, it is  HEREBY ORDERED that Plaintiff's motion, filed October 18, 2013, is DENIED as MOOT.

IT IS SO ORDERED.

　　Dated:　__**March 31, 2014**__　　　　　　　　__/s/ Dennis L. Beck__
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1