# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN DOVEY, et al.,<br><br>    Defendants. | Case No.  1:08-cv-00640 LJO DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION AS MOOT<br><br>[ECF No. 266] |

Plaintiff Garrison S. Johnson ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983.

On March 13, 2013, a jury trial was held in this case. On March 14, 2013, the jury returned a verdict in favor of Defendants. Judgment was entered on March 19, 2013 and the case was terminated. On March 25, 2013, Defendants submitted a bill of costs. Plaintiff filed a motion on April 4, 2013, requesting the Court to use its discretion in refraining from assessing costs. On April 18, 2013, costs were taxed against Plaintiff in the amount of $636.49. Insofar as the Court ordered costs to be taxed on April 18, 2013, Plaintiff's motion is DENIED AS MOOT.

IT IS SO ORDERED.

   Dated:   **August 25, 2014**            /s/ *Dennis L. Beck*
                                           UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2